THE BOARD OF WATER COMMISSIONERS OF THE CITY OF CORNING, Appellant, *v.* CITY OF CORNING, Respondent.

SAME, Appellant, *v.* SAME, Respondent.

*Bd. Water Comrs. City of Corning v. City of Corning,* 140 App. Div. 11, affirmed.
(Argued February 20, 1911; decided March 14, 1911.)

APPEAL, by permission, from two orders of the Appellate Division of the Supreme Court in the fourth judicial depart-

ment, entered July 12, 1910, which reversed two orders of Special Term denying motions to vacate a judgment heretofore entered by default in an action to recover for water used for municipal purposes and granted said motions.

The following question was certified : " Has the plaintiff, under the provisions of chapter 195 of the Laws of 1906, the right in this action to recover of the defendant for water used for municipal purposes ? "

*Waldo W. Willard* for appellant.

*James O. Sebring* for respondent.

Order in each case affirmed, without costs, on the ground that the plaintiff's remedy is by mandamus against the municipal officers ; question certified answered in the negative ; no opinion.

Concur : CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent : HAIGHT, J.